**William JONES, Petitioner–Appellant,**

v.

**Howard PAINTER, Respondent–Appellee,**

**Warden, Huttonsville Correctional Center; Records Department, Huttonsville Correctional Center, Parties-in-Interest.**

No. 01–6771.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 4, 2001.

Decided Oct. 11, 2001.

William Jones, pro se. Scott E. Johnson, Dawn Ellen Warfield, Office of the Attorney General of West Virginia, Charleston, WV, for appellee.

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

William Jones seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Jones v. Painter*, No. CA–99–59–3 (N.D.W. Va. filed Apr. 5, 2001; entered Apr. 6, 2001). Jones' motion to proceed in forma pauperis is granted. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*